Federal Insurance Company, a Corporation, Plaintiff-Appellee, v. Merrill E. Ainsworth, Defendant-Appellant.

Gen. No. 11,445.

Second District, First Division.
July 6, 1961.
Rehearing denied October 30, 1961.

John R. Snively, of Rockford, for appellant. (No appearance entered or briefs filed on behalf of appellee.) Opinion by PRESIDING JUSTICE SMITH. Not to be published in full.